

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2025

No. 04-25-00425-CV

Omar **ELIZONDO**, et al.,
Appellants

v.

**HILCORP ENERGY COMPANY**, Eva Linda Parades,
and Law Offices of Donato Ramos PLLC,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 12,620
Honorable Walden Shelton, Judge Presiding

**ORDER**

Sitting:    Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We ORDER that no costs be assessed against appellants in relation to this appeal because they are indigent. TEX. R. APP. P. 20.1.

It is so **ORDERED** on September 24, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court